IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3155 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DODDS, | ) | ORDER MODIFYING CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion to Modify Conditions of Pretrial Release, filing 17, is granted as follows:

paragraph (dd) is amended to read, "Shall not have access to Internet, e-mail, or inter-computer communication of any kind, except as required for those projects, homework and examinations to be completed and turned in over the Internet only; the only computers he may use are (a) any computer in the Aviation Resource Center, located in the Engineering Building at the University of Nebraska-Omaha campus, for flight simulation, test preparation and test-taking, monitored by the instructor of the private pilot theory class, Bob Moser, who must assure Pretrial Services that he consents to a software search of the computer, and (b) a computer owned by his sister, Amy Bock, located at 6700 Newton Street, Lincoln, Nebraska, who must assure Pretrial Services that she consents to a software search of that computer."

Dated November 15, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge