IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3155 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DODDS, | ) | ORDER AMENDING ORDER |
| | ) | MODIFYING CONDITIONS OF |
| Defendant. | ) | PRETRIAL RELEASE |
| | ) | |

  IT IS ORDERED that the Order Modifying Conditions of Pretrial Release, filing 19, is amended in that the location of the computer owned by Amy Bock, is located at 6760 Newton Street, Lincoln, Nebraska.

  DATED this 15th day of November, 2006.

                              BY THE COURT:

                              s/ Warren K. Urbom
                              Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3155 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DODDS, | ) | ORDER AMENDING ORDER |
| | ) | MODIFYING CONDITIONS OF |
| Defendant. | ) | PRETRIAL RELEASE |
| | ) | |

IT IS ORDERED that the Order Modifying Conditions of Pretrial Release, filing 19, is amended in that the location of the computer owned by Amy Bock, is located at 6760 Newton Street, Lincoln, Nebraska.

DATED this 15th day of November, 2006.

BY THE COURT:

s/ Warren K. Urbom
Senior United States District Judge