IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3155 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DODDS, | ) | ORDER ON UNOPPOSED MOTION TO |
| | ) | EXTEND FILING DEADLINE AND |
| Defendant. | ) | MOTION TO CONTINUE SENTENCING |
| | ) | |

Counsel for the defendant has filed two motions, filing 40 and 41, requesting an extension of time to "file motions to depart, deviate or vary from the sentencing guidelines" and a motion to continue sentencing, respectively. Counsel for the defendant states in the motions that the government has no objection to the extension of time or for the continuance and that "[f]ailure to obtain a continuance in order to do so would deprive the defendant of his constitutional right to the effective assistance of counsel and would result in a manifest injustice."

IT IS ORDERED that:

1. the Unopposed Motion to Extend Filing Deadline, filing 40, is granted;

2. the deadline in Paragraph 6 on the Order on Sentencing Schedule, filing 32, is amended to read September 10, 2007;

3. the deadline in Paragraph 7 on the Order on Sentencing Schedule, filing 32, is amended to read September 17, 2007;

4. the Motion to Continue Sentencing, filing 41, is granted;

5. the sentencing hearing is continued to 12:15 p.m. on September 25, 2007, in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

6. the defendant shall be present in Courtroom No. 4 for the sentencing hearing on the date and time set forth in paragraph 5 above.

Dated July 16, 2007.

> BY THE COURT
>
> s/ Warren K. Urbom
> United States Senior District Judge