IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3155 |
| | ) | |
| v. | ) | |
| | ) | |
| BRYAN DODDS, | ) | TENTATIVE FINDINGS |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The defendant has objected to paragraphs 32 and 72 of the Revised Presentence Investigation report. Although I think it is true as the probation officer has pointed out that U.S.S. G. § 2G2.2(b)(1) does not apply because one of the stipulations is that Base Offense Level 22 was applied pursuant to U.S.S. G. 2G2.2(a)(2). Nonetheless it appears that the Plea Agreement assured the defendant of a recommendation that the two-level reduction be applied. I shall accept that stipulation and consider that the total offense level is 19 calling for a period of imprisonment of 30 to 37 months and the fine range would be $6,000 to $60,000.

    Hence, the objections to the Revised Presentence Investigation Report, filing 44, are granted.

    Dated October 3, 2007.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge