IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:06CR3155 |
| vs. ) | |
| ) | |
| BRYAN J. DODDS, ) | Order |
| ) | |
| Defendants. ) | |
| ) | |

Before the Court is the Request for Transcript of Hearing, held on October 10, 2007, filing 54, by Ron Dodds, filing 61.

IT IS ORDERED:

The Request for Transcript of Hearing, filing 61, filed by Ron Dodds, is granted.

The clerk's office is directed to mail a copy of this order to the party requesting the transcript.

Dated November 13, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge